Gary J. Smith (SBN 141393)
gsmith@bdlaw.com
Jacob P. Duginski (SBN 316091)
jduginski@bdlaw.com
BEVERIDGE & DIAMOND P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 262-4000

Kaitlyn D. Shannon (SBN 296735)
kshannon@bdlaw.com
BEVERIDGE & DIAMOND, P.C
1900 N Street, N.W., Suite 100
Washington, DC 20036-1661
Telephone: (202) 789-6040
Facsimile: (202) 789-6190

Paul S. Chan (SBN 183406)
pchan@birdmarella.com
Ariel A. Neuman (SBN 241594)
aneuman@birdmarella.com
Fanxi Wang (SBN 287584)
fwang@birdmarella.com
Shoshana E. Bannett (SBN 241977)
sbannett@birdmarella.com
Alec M. Cronin (SBN 333774)
acronin@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Chiquita Canyon, LLC, Chiquita Canyon, Inc., and Waste Connections US, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CLAUDIA RIVERA, an individual; MAURICIO MAYORGA, an individual; KEVIN MAYORGA, an individual; MAURICIO MAYORGA JR, an individual; JAMES JOHN LUONGO, an individual; KAROLINA STACHOWIAK, an individual; ESTEBAN ROJAS HUERTA, an individual; HECTOR CARRASCO MIRANDA, an individual; FRANCISCA MELCHOR, an individual; FELIX CIRIACO, an individual; DAVID EPSTEIN, an individual; CARMEN PENA, an individual; SELENA BARRIOS, an individual; RICARDO J. MARTINEZ, an individual; MARIA E. PALACIOS, an individual; RICARDO MARTINEZ, an individual; VERONICA ELIAS, an individual; SELENA VERONICA ELIAS, an individual; ERNESTO JAVIER LOPEZ, an individual; SILVA AMOR MEDINA LOPEZ, an individual; LUDWIN NUNEZ, an individual; GEORGE. INASHVILI, an individual; LIANA ASRIYAN, an individual; HUGO ARMANDO CANALES, an individual; NATHAN H KIM, an individual; | CASE NO. 2:24-cv-6127<br><br>**DECLARATION OF STEVEN J. CASSULO IN SUPPORT OF NOTICE OF REMOVAL** |

JI YOUNG KIM, an individual; ISAAC KIM, an individual; JANET Y KIM, an individual; RICARDO PEREZ, an individual; ERIKA PENA, an individual; LUDWIG ZUNIGA WITHMORY, an individual; ELIZABETH WITHMORY, an individual; DAVID FISK, an individual; MELISSA FISK, an individual; DANNY GUERRERO, an individual; RACHEL ILOUS, an individual; ERICK TAPIA, an individual; KATHY TAPIA, an individual; IRMA SEPULVEDA, an individual; ALYSSA TAPIA, an individual; ASHLEY TAPIA, an individual; JUJHAR SINGH BRAR, an individual; CHARANJIT KAUR BRAR, an individual; JOEL FLETCHER, an individual; SHERLY FLETCHER, an individual; KAITLYN FLETCHER, an individual; MARY PRICE, an individual; ARNOLD PRICE, an individual; JEFFREY BROOKE, an individual; ANNE BROOKE, an individual; ABRAHAM CARDENAS, an individual; TEYA HEATH, an individual; DARLENE DAVIS, an individual; DANA HEATH, an individual; EARAINA HAHN, an individual; CAROLYN GRIFFITHS, an individual; DAVID GRIFFITHS, an individual; KEVIN KO, an individual; EUN KO, an individual; HYO LEE, an individual; MATTHEW KO, an individual; AHMAD CHEHADE, an individual; MANAL ANIS, an individual; ROMEL ESTRELLA, an individual; JEANETTE ESTRELLA, an individual; JOSHUA ESTRELLA, an individual; JONATHAN KIM, an individual; JENNIE KIM, an individual; STEVEN KIM, an individual; BRANDON KIM, an individual; BRIAN MOBASSER, an individual; SAM ALAVI, an individual; MAHSA ALAVI, an individual; ARIAAN ALAVI, an individual; ATHINA ALAVI, an individual; RUTING JIA, an individual; CHENGWEI LEI, an individual; YAXUAN WANG, an individual; YUSHAN JIA, an individual; XIANWEN CHENG, an individual; JINGHUA LEI, an individual; BUM JOON KIM, an individual; DO YOUNG KIM, an individual; MARY KIM, an individual; JOSEPHINE KIM, an individual; CHRISTOPHER KIM, an individual; CALEB WILLIS, an individual; LYNETTE WILLIS, an individual; ELIAS WILLIS, an individual; AMENEH BALOUCH, an individual; AMIR BALOUCH, an individual; KWESHI JAMES, an individual; COURTNEY JAMES, an

individual; JAMES DESATOFF, an individual; RICARDO JAIMES, an individual· LIZA ASMARIAN, an individual; HRAJ ASMARIAN, an individual; PARDY ASMARIAN, an individual; JOHN ASMARIAN, an individual; JOSEPHINE ASMARIAN, an individual; SUNG LEE, an individual; JU KIM, an individual; THOMAS NYBERG, an individual; LISA NYBERG, an individual; KYLA NYBERG, an individual; LILYANNA NYBERG, an individual; JASON LAWS, an individual; LAURELL LAWS, an individual; MIRANDA LAWS, an individual; JESUS D. MARTINEZ, an individual; JACQUELINE ALVARADO, an individual; NATHEN NYBERG, an individual; BRITTNEY SADRALODABAI, an individual; STEPHEN KIMBALL, an individual; BILLIE J SCHLAU, an individual; ADNAN IMTIAZ, an individual; DANIA ADNAN, an individual; MAHNOOR ADNAN, an individual; KAASHIR ADNAN, an individual; CEMILE ADNAN, an individual; TAE HOON KIM, an individual; HA NA LEE, an individual; LARA KUKJELIAN, an individual; SANDEEP MISHRA, an individual; JYOTI TRIPATHI, an individual; SHINHYUN MIN, an individual; HYUN SUK LEE, an individual; JOHN VANCE, an individual; DACIA VANCE, an individual; MALCOLM BLUE, an individual; KARINE KHACHATRYAN, an individual; EDWARD KHACHATRYAN, an individual; OVASANNA KHATATRYAN, an individual; LORENZO MILES GEPIGA, an individual; ANGELA GEPIGA, an individual; ISSANDRA YAP, an individual; OSCAR GEPIGA, an individual; IRMA ERICKSON, an individual; MICHAEL ERICKSON, an individual; LEAH ERICKSON, an individual; SAMUEL LOW, an individual; BRIGITTE RIVERA, an individual; JAVIER RIVERA, an individual; RYAN MCKILLOP, an individual; JEN MCKILLOP, an individual; SEOK JOO KIM, an individual; HEESEUNG KIM, an individual; CESAR A. HUEZO SR, an individual; CESAR A. HUEZO JR., an individual; TOBIAS S. HUEZO, an individual; CHIMAOBI OSUJI, an individual; STEPHANIE OSUJI, an individual; RITA OKPULOR, an individual; BAYRTA PROSVIROVA, an individual; DMITRY PROSVIROV, an individual; TSAGAN BADMAEVA, an individual; ASHLEY

ABAL, an individual; AARON GREEN, an individual; JOYCE CAILLES, an individual; DENNIS CAILLES, an individual; ANH CAILLES, an individual; DEON CAILLES, an individual; CYNTHIA WALTERS, an individual; THOMAS ADAM BARNETT, an individual; KASEN BUTLER, an individual; JOSEPH LANNALO, an individual; SOPHIA STOLBA, an individual; GREGORY US, an individual; CARLA US, an individual; TY CASELLA, an individual; JESSICA ACEVEOD, an individual; CRISTOPHER BRYAN SANDOVAL, an individual; OLGA JEANNETTE SANDOVAL, an individual; TARA AMARO, an individual; DEMETRIA LADALFKI, an individual; LORI WITT, an individual; ROBERT ELLIS, an individual; JD DALTON, an individual; JESSE PAREDES, an individual; NORA PAREDES, an individual; KAYLA PAREDES, an individual; CHRISTIAN EMMANUEL VASQUEZ, an individual; EVELYN ANAIS HERNANDEZ, an individual; ADDY F. SALCIDO, an individual; JORGE A. SALCIDO, an individual; JAMES PARK, an individual; JUNGMEE PARK, an individual; JAIME SIMLE, an individual; JONATHAN SIMLE, an individual; EDA SINANIAN, an individual; GARNIK PATRIKYAN, an individual; ZABELLA PAPAZYAN, an individual; PAULA PARISI, an individual; MICHAEL PARISI, an individual; ROBERT ALEXANDER, an individual; AMY ALEXANDER, an individual; KENDRA MATTHEWS, an individual; AARON MATTHEWS, an individual; ADEL SHAMOO, an individual; ANDREW SHAMOO, an individual; MARLYN SHAMOO, an individual; ALEJANDRA TADEO, an individual; ORLANDO TADEO, an individual; ALVIN ADAMS, an individual; CRYSRAL NORRIS, an individual; BLAKE ADAMS, an individual; EGIDIO J DELLARIPA, an individual; LUIGINO DELLARIPA, an individual; DARIU DUMTTRU, an individual· ALICE DUMITRU, an individual; BRYANT SHAO, an individual; SHANSHAN WU, an individual; JINLEI SHAO, an individual; DANIEL SHAO, an individual; DANIEL R. MARTINEZ, an individual; OFELIA MARTINEZ, an individual; DANNY A MARTINEZ, an individual; ISAIAH D. MARTINEZ, an individual; MARLYN SHAMOO, an individual; ADEL SHAMOO,

an individual; ANDREW SHAMOO, an individual; SUSAN LYTE, an individual; DIANA CHRISTINE LYTE, an individual; THOMAS JAY ORMES JR., an individual; ANDRE PRISCILLA ORMES, an individual; RYKER EUGENE ORMES, an individual; SERGIO LAZZARA, an individual; SONJA LAZZARA, an individual; ANABELLA LAZZARA, an individual; VICKI MANZANARES, an individual; KATHERINE BERKLEY-GARCIA, an individual; DESIREE GARCIA, an individual; DANIEL JAE NOH, an individual; JINNY H NOH, an individual; JAY BALGEMINO, an individual; MARIPAZ BALGEMINO, an individual; ETHAN BALGEMINO, an individual; DANIEL CHANG, an individual; LAURA YOON, an individual; CONNOR CHANG, an individual; MARY DOBSON, an individual; ANTHONY MONTON, an individual; MICHAEL COHN, an individual; HEATHER MARTINEZ, an individual; ROBERT MARTINEZ, an individual; ANTHONY AZIZ, an individual; LANIER SOUKI, an individual; BROOKE BAMBRICK, an . individual; MICHAEL PAOLONE, an individual; PATRICIA PAOLONE, an individual; GEORGE ROSENBERG, an individual; KRISTEN ROSENBERG, an individual; DANIEL ROSENBERG, an individual; AUBREY WAYNE THOMAS, an individual; CHARLENE THOMAS, an individual; JOHN MCMAHON, an individual; LIDA MCMAHON, an individual; DARREN EMINIAN, an individual; JANET EMINIAN, an individual; TEVON EMINIAN, an individual; TANISHA CALVILLO, an individual; JAN 'ERIK SWARTZ, an individual· BRAIDEN SWARTZ an individual; BLAKE SW ARTZ, an individual; PANKAJ SACHDEVA, an individual; SANGEETA SACHDEVA, an individual; WILDER O. MENDEZ, an individual; LIZETTE L. MENDEZ, an individual; YOSLINE D. MENDEZ, an individual; ANGIE HERRERA, an individual; JOSE HERRERA, an individual; JOANNA MEZA, an individual; DESIREE HERRERA, an individual; EMILY HERRERA, an individual; JAZLYNN HERRERA, an individual; ISRAEL THOMAS MEZA, an individual; JAMES MCBRIDE, an individual; HAYLEE MCBRIDE, an individual; JOSEPH GHAZAR, an individual; THEREZ

GHAZAR, an individual; RITA GHAZAR, an individual; STEVEN PRIEST, an individual; KETAKI PRIEST, an individual; JARED GOLDBERG, an individual; ARYN GOLDBERG, an individual; DIEGO IUDICA, an individual; REGINA IUDICA, an individual; DEREK IUDICA, an individual; ALEC IUDICA, an individual; DELESIA HILL, an individual; DARNELL FRAZIER SR., an individual; SHAYLA WALKER, an individual; RANDY WALKER, an individual; SANDRA ALLEN, an individual; DARRYL DOLBERRY, an individual; DAIJA DOLBERRY, an individual; ADHANOM MENGSTU, an individual; JORDAN BURTON, an individual; MICHAEL TERTERYAN, an individual; EMMA TERTERYAN, an individual; CHARLES GONZALEZ, an individual; MARITZA SILVA, an individual; ALANNA POLCYN, an individual; LAURA POLCYN, an individual; TINA VARNER, an individual; SILVA KATCHIKIAN, an individual; VAHAN KATCHIKIAN, an individual; NATACHA PIERRE MATAR, an individual; MICHELLE FUNK, an individual; HECTOR ALEXIS CHIMAL DOMINGUEZ, an individual; WENDY RAQUEL DOMINGUEZ CHIMAL, an individual; MARIE CLARE ALONTE, an individual; GREGGY ROMAN ALONTE, an individual.

Plaintiffs,

vs.

CHIQUITA CANYON, LLC, a Delaware Limited Liability Company; WASTE CONNECTIONS OF CALIFORNIA, a California Corporation; CHIQUITA CANYON, INC., a Delaware Corporation; WASTE CONNECTIONS US, INC., a Delaware Corporation; and DOES 1-150, Inclusive,

Defendants.

# DECLARATION OF STEVEN J. CASSULO

I, Steven J. Cassulo, declare as follows:

1. I am the District Manager of the Chiquita Canyon Landfill (the "Landfill"), which is owned and operated by Chiquita Canyon, LLC ("Chiquita"), a party in the above-entitled action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto. Because this declaration is made for a limited purpose, it does not purport to set forth all of my knowledge about the facts contained herein.

2. I am an employee of Chiquita. My responsibilities at Chiquita include management of day-to-day operations of the Landfill, representation of the Landfill before State and local agencies, ensuring regulatory compliance, and oversight of performance metrics.

3. Based on my work, I am personally familiar with the corporate structure of Chiquita and its related entities. Chiquita is a Delaware limited liability corporation, with a principal place of business in The Woodlands, Texas. Chiquita is wholly owned by Chiquita Canyon, Inc., a Delaware corporation with a principal place of business in The Woodlands, Texas. Chiquita Canyon, Inc. is itself wholly owned by Waste Connections US, Inc. Waste Connections US, Inc. is incorporated in Delaware with its principal place of business located in The Woodlands, Texas. Waste Connections US, Inc. is in turn, wholly owned by Waste Connections, Inc., Chiquita's ultimate parent. Waste Connections, Inc. is an Ontario, Canada corporation with a principal place of business in The Woodlands, Texas.

4. The Landfill is a 639-acre municipal solid waste landfill located in Los Angeles County that has been in operation since 1974. I am informed and on that basis believe, that from 1974 to 1987, the Landfill was owned by Chiquita Canyon Landfill Company. Operation of the Landfill was transferred to Laidlaw Waste Systems, Inc., in 1987, Allied Waste Services, Inc., in 1996, and USA Waste

Services Company in 1997. In January 1999, Republic Services acquired the Landfill from US Waste Services Company. None of these companies have any corporate relationship to Chiquita or any of its parent companies. In 2009, Chiquita Canyon, Inc. acquired the membership interests of Chiquita (f/k/a Republic Services of California I, LLC) from Republic Services.

5. Chiquita holds all the permits for the Landfill. No other entity holds the permits for the Landfill. All Notices of Violation ("NOVs") received by the Landfill from the South Coast Air Quality Management District referenced in the Complaint have been addressed solely to Chiquita or the Landfill. Attached as **Exhibit A** is a sampling of such NOVs.

6. I am not aware of any involvement by WC-California, Inc. with any Landfill management, ownership, operations or decision-making.

7. Chiquita is not financially dependent on WC-California. WC-California does not pay any expenses or losses of Chiquita.

8. Chiquita pays state and federal taxes as required and has its own federal EIN.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 22, 2024, at Castaic, California.

Steven J. Cassulo

# EXHIBIT A

South Coast AQMD

**South Coast Air Quality Management District**
21865 COPLEY DRIVE, DIAMOND BAR, CA 91765-4178

P 78426

# NOTICE OF VIOLATION

| DATE OF VIOLATION | | |
|---|---|---|
| Month: 11 | Day: 06 | Year: 23 |

| Facility Name: | Facility ID#: | Sector: |
|---|---|---|
| CHIQUITA CANYON LLC | 119219 | VB |

| Location Address: | City: | Zip: |
|---|---|---|
| 29201 HENRY MAYO DRIVE | CASTAIC | 91384 |
| **Mailing Address:** | **City:** | **Zip:** |
| 29201 HENRY MAYO DRIVE | CASTAIC | 91384 |

**YOU ARE HEREBY NOTIFIED THAT YOU HAVE BEEN CITED FOR ONE OR MORE VIOLATIONS OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT (SCAQMD) RULES, STATE LAW OR FEDERAL LAW. IF PROVEN, SUCH VIOLATION(S) MAY RESULT IN THE IMPOSITION OF CIVIL OR CRIMINAL PENALTIES.**

**EACH DAY A VIOLATION OCCURS MAY BE HANDLED AS A SEPARATE OFFENSE REGARDLESS OF WHETHER OR NOT ADDITIONAL NOTICES OF VIOLATION ARE ISSUED.**

## DESCRIPTION OF VIOLATIONS

| # | Authority* | Code Section or Rule No. | SCAQMD Permit to Operate or CARB Registration No. | Condition No. (If Applicable) | Description of Violation |
|---|---|---|---|---|---|
| 1 | ☑ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | 402 | | | For discharging such quantities of air contaminants to cause injury detriment, nuisance, or annoyance to a considerable number of persons |
| 2 | ☐ SCAQMD ☑ CH&SC ☐ CCR ☐ CFR | 41700 | | | " " |
| 3 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 4 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 5 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |

| Served To: | Phone: | Served By: | Date Notice Served: |
|---|---|---|---|
| Steve Cassulo | 661 371 9214 | Arely Gil Rojas | |
| **Title:** | **Email:** | **Phone No:** | **Email:** |
| District Manager | steve.cassulo@wastecollections.com | ☑ 909-396-2183 ☐ 310-233- | arojas@aqmd.gov |

*Key to Authority Abbreviations:

**SCAQMD** – South Coast Air Quality Management District
**CCR** – California Code of Regulations
**CH&SC** – California Health and Safety Code
**CFR** – Code of Federal Regulations

Method of Service: ☑ In Person ☐ Certified Mail

VIOLATOR'S COPY

South Coast AQMD

**South Coast Air Quality Management District**
21865 COPLEY DRIVE, DIAMOND BAR, CA 91765-4178

P 79252

# NOTICE OF VIOLATION

| DATE OF VIOLATION | | |
|---|---|---|
| Month: 11 | Day: 16 | Year: 23 |

| Facility Name: | Facility ID#: | Sector: |
|---|---|---|
| Chiquita Canyon Landfill | 119219 | VB |

| Location Address: | City: | Zip: |
|---|---|---|
| 29201 Henry Mayo Dr. | Castaic | 91384 |
| **Mailing Address:** 29201 Henry Mayo Dr. | **City:** Castaic | **Zip:** 91384 |

**YOU ARE HEREBY NOTIFIED THAT YOU HAVE BEEN CITED FOR ONE OR MORE VIOLATIONS OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT (SCAQMD) RULES, STATE LAW OR FEDERAL LAW. IF PROVEN, SUCH VIOLATION(S) MAY RESULT IN THE IMPOSITION OF CIVIL OR CRIMINAL PENALTIES.**

**EACH DAY A VIOLATION OCCURS MAY BE HANDLED AS A SEPARATE OFFENSE REGARDLESS OF WHETHER OR NOT ADDITIONAL NOTICES OF VIOLATION ARE ISSUED.**

## DESCRIPTION OF VIOLATIONS

| # | Authority* | Code Section or Rule No. | SCAQMD Permit to Operate or CARB Registration No. | Condition No. (If Applicable) | Description of Violation |
|---|---|---|---|---|---|
| 1 | ☑ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | 402 | | | For discharging such quantities of air contaminants to cause injury, detriment, nuisance or annoyance to a considerable number of persons |
| 2 | ☐ SCAQMD ☑ CH&SC ☐ CCR ☐ CFR | 41700 | | | |
| 3 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 4 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 5 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |

| Served To: | Phone: | Served By: | Date Notice Served: |
|---|---|---|---|
| Steve Cassulo | 661-371-9214 | Heidee dela Cruz | 11/16/23 |
| **Title:** District Manager | **Email:** steven.cassulo@wasteconnection.com | **Phone No:** ☑ 909-396- 2176 ☐ 310-233- | **Email:** hdelacruz @aqmd.gov |

*Key to Authority Abbreviations:
**SCAQMD** – South Coast Air Quality Management District
**CCR** – California Code of Regulations
**CH&SC** – California Health and Safety Code
**CFR** – Code of Federal Regulations

Method of Service: ☑ In Person ☐ Certified Mail

VIOLATOR'S COPY

South Coast Air Quality Management District
21865 COPLEY DRIVE, DIAMOND BAR, CA 91765-4178

South Coast AQMD

P 75990

# NOTICE OF VIOLATION

| DATE OF VIOLATION | | |
|---|---|---|
| Month: 11 | Day: 29 | Year: 23 |

| Facility Name: | Facility ID#: | Sector: |
|---|---|---|
| Chiquita Canyon Landfill | 119219 | VB |

| Location Address: | City: | Zip: |
|---|---|---|
| 29201 Henry Mayo Dr | Castaic | 91384 |
| **Mailing Address:** | **City:** | **Zip:** |
| 29201 Henry Mayo Dr | Castaic | 91384 |

YOU ARE HEREBY NOTIFIED THAT YOU HAVE BEEN CITED FOR ONE OR MORE VIOLATIONS OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT (SCAQMD) RULES, STATE LAW OR FEDERAL LAW. IF PROVEN, SUCH VIOLATION(S) MAY RESULT IN THE IMPOSITION OF CIVIL OR CRIMINAL PENALTIES.

EACH DAY A VIOLATION OCCURS MAY BE HANDLED AS A SEPARATE OFFENSE REGARDLESS OF WHETHER OR NOT ADDITIONAL NOTICES OF VIOLATION ARE ISSUED.

## DESCRIPTION OF VIOLATIONS

| # | Authority* | Code Section or Rule No. | SCAQMD Permit to Operate or CARB Registration No. | Condition No. (If Applicable) | Description of Violation |
|---|---|---|---|---|---|
| 1 | ☒ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | Rule 402 | | | For discharging such quantities of air contaminants to cause injury, detriment, nuisance or annoyance to a considerable number of persons. |
| 2 | ☐ SCAQMD ☒ CH&SC ☐ CCR ☐ CFR | CH H&S 41700 | | | For discharging such quantities of air contaminants to cause injury, detriment, nuisance or annoyance to a considerable number of persons. |
| 3 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 4 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 5 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |

| Served To: | Phone: | Served By: | Date Notice Served: |
|---|---|---|---|
| Steve Cassulo | 616-371-9214 | Daniel Woo | 11/29/23 |
| **Title:** | **Email:** | **Phone No:** | **Email:** |
| District Manager | stevec@wasteconnections.com | ☒ 909-396-2433 ☐ 310-233- | DWoo @aqmd.gov |

*Key to Authority Abbreviations:

SCAQMD – South Coast Air Quality Management District
CCR – California Code of Regulations
CH&SC – California Health and Safety Code
CFR – Code of Federal Regulations

Method of Service: ☒ In Person ☐ Certified Mail

VIOLATOR'S COPY

**South Coast Air Quality Management District**
21865 COPLEY DRIVE, DIAMOND BAR, CA 91765-4178

AQMD

# NOTICE OF VIOLATION

**P** 79408

| DATE OF VIOLATION | | |
|---|---|---|
| Month | Day | Year |
| 02 | 29 | 24 |

| Facility Name | Facility ID# | Section |
|---|---|---|
| CHIQUITA CANYON LLC | 119219 | VB |

| Location Address | City | Zip |
|---|---|---|
| 29201 HENRY MAYO DRIVE | CASTAIC | 91384 |

| Mailing Address | City | Zip |
|---|---|---|
| 29201 HENRY MAYO DRIVE | CASTAIC | 91384 |

YOU ARE HEREBY NOTIFIED THAT YOU HAVE BEEN CITED FOR ONE OR MORE VIOLATIONS OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT (SCAQMD) RULES, STATE LAW OR FEDERAL LAW. IF PROVEN, SUCH VIOLATION(S) MAY RESULT IN THE IMPOSITION OF CIVIL OR CRIMINAL PENALTIES.

EACH DAY A VIOLATION OCCURS MAY BE HANDLED AS A SEPARATE OFFENSE REGARDLESS OF WHETHER OR NOT ADDITIONAL NOTICES OF VIOLATION ARE ISSUED.

**DESCRIPTION OF VIOLATIONS**

| # | Authority* | Code Section or Rule No. | SCAQMD Permit to Operate or CARB Registration No. | Condition No. (If Applicable) | Description of Violation |
|---|---|---|---|---|---|
| 1 | ☑ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | 402 | | | For discharging such quantities of air contaminants to cause injury, nuisance or annoyance to a considerable number of persons |
| 2 | ☐ SCAQMD ☑ CH&SC ☐ CCR ☐ CFR | 41700 | | | " " |
| 3 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 4 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 5 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |

| Served To | Phone | Served By | Date Notice Served |
|---|---|---|---|
| STEVE CASSULO | 661-371-9214 | BILLY ANTOINE | 02/29/24 |

| Title | Email | Phone No. | Email |
|---|---|---|---|
| DISTRICT MANAGER | steven.cassulo@wasteconnections.com | ☑ 909-396-2682 ☐ 310-233- | bantoine @aqmd.gov |

*Key to Authority Abbreviations
SCAQMD – South Coast Air Quality Management District
CCR – California Code of Regulations
CH&SC – California Health and Safety Code
CFR – Code of Federal Regulations

Method of Service: ☐ In Person ☑ Certified Mail