# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
# CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

See attachment

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

CHIQUITA CANYON, LLC, CHIQUITA CANYON, INC., WASTE CONNECTIONS OF CALIFORNIA, INC., and WASTE CONNECTIONS US, INC.

(b) County of Residence of First Listed Plaintiff Los Angeles, CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Montgomery, TX
*(IN U.S. PLAINTIFF CASES ONLY)*

(c) Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.
See attachment

Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.
See attachment

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding ☒ 2. Removed from State Court ☐ 3. Remanded from Appellate Court ☐ 4. Reinstated or Reopened ☐ 5. Transferred from Another District (Specify) ☐ 6. Multidistrict Litigation - Transfer ☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND**: ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23**: ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ unspecified

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1332. Plaintiffs brought this action under California state law alleging negligence, negligence per se, strict liability for ultrahazardous activities, continuing private nuisance, permanent private nuisance, continuing public nuisance, permanent public nuisance, and trespass. Defendants seek to remove this case to federal court under 28 U.S.C. §§ 1332, 1441, and 1446 on the basis of diversity.

**VII. NATURE OF SUIT** (Place an X in one box only).

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/Etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Org.
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Info. Act
- ☐ 896 Arbitration
- ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.)
- ☐ 153 Recovery of Overpayment of Vet. Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
- ☒ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpratice
- ☐ 365 Personal Injury-Product Liability
- ☐ 367Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions.

**TORTS PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 440 Other Civil Right
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 American with Disabilities-Employment
- ☐ 446 American with Disabilities-Other
- ☐ 448 Education

**PRISONER PETITIONS**

**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus/Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016 (DTSA)

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405 (g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405 (g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE**: Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☒ Yes ☐ No | ☒ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no, " skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| | | |
|---|---|---|
| **QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?**<br>☐ Yes ☒ No<br>If "no, " skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br>☐ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |
| **QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?**<br>☐ Yes ☒ No<br>If "no, " skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br>☐ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| **QUESTION D: Location of plaintiffs and defendants?** | **A.** Orange County | **B.** Riverside or San Bernardino County | **C.** Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| **D.1. Is there at least one answer in Column A?** | **D.2. Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes ☒ No<br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | ☐ Yes ☒ No<br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |

| **QUESTION E: Initial Division?** | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| **QUESTION F: Northern Counties?** |
|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? ☐ Yes ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**? ☒ NO ☐ YES

If yes, list case number(s): ____________________

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**? ☐ NO ☒ YES

If yes, list case number(s): 2:23-cv-08380-MEMF-MAR; 2:24-cv-02444-MEMF-MAR; 2:24-cv-03531-MEMF-MAR; 2:24-cv-05679-SPG-MAR; 2:24-cv-05885-RGK-JPR; 2:24-cv-05910-RGK (JCx); 2:24-cv-05921-PSG (SKx)

**Civil cases** are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT) :** ____________________ DATE: July 22, 2024

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

**ATTACHMENT**

**1. (a) PLAINTIFFS**

CLAUDIA RIVERA, an individual; MAURICIO MAYORGA, an individual; KEVIN MAYORGA, an individual; MAURICIO MAYORGA JR, an individual; JAMES JOHN LUONGO, an individual; KAROLINA STACHOWIAK, an individual; ESTEBAN ROJAS HUERTA, an individual; HECTOR CARRASCO MIRANDA, an individual; FRANCISCA MELCHOR, an individual; FELIX CIRIACO, an individual; DAVID EPSTEIN, an individual; CARMEN PENA, an individual; SELENA BARRIOS, an individual; RICARDO J. MARTINEZ, an individual; MARIA E. PALACIOS, an individual; RICARDO MARTINEZ, an individual; VERONICA ELIAS, an individual; SELENA VERONICA ELIAS, an individual; ERNESTO JAVIER LOPEZ, an individual; SILVA AMOR MEDINA LOPEZ, an individual; LUDWIN NUNEZ, an individual; GEORGE. INASHVILI, an individual; LIANA ASRIYAN, an individual; HUGO ARMANDO CANALES, an individual; NATHAN H KIM, an individual; JI YOUNG KIM, an individual; ISAAC KIM, an individual; JANET Y KIM, an individual; RICARDO PEREZ, an individual; ERIKA PENA, an individual; LUDWIG ZUNIGA WITHMORY, an individual; ELIZABETH WITHMORY, an individual; DAVID FISK, an individual; MELISSA FISK, an individual; DANNY GUERRERO, an individual; RACHEL ILOUS, an individual; ERICK TAPIA, an individual; KATHY TAPIA, an individual; IRMA SEPULVEDA, an individual; ALYSSA TAPIA, an individual; ASHLEY TAPIA, an individual; JUJHAR SINGH BRAR, an individual; CHARANJIT KAUR BRAR, an individual; JOEL FLETCHER, an individual; SHERLY FLETCHER, an individual; KAITLYN FLETCHER, an individual; MARY PRICE, an individual; ARNOLD PRICE, an individual; JEFFREY BROOKE, an individual; ANNE BROOKE, an individual; ABRAHAM CARDENAS, an individual; TEYA HEATH, an individual; DARLENE DAVIS, an individual; DANA HEATH, an individual; EARAINA HAHN, an individual; CAROLYN GRIFFITHS, an individual; DAVID GRIFFITHS, an individual; KEVIN KO, an individual; EUN KO, an individual; HYO LEE, an individual; MATTHEW KO, an individual; AHMAD CHEHADE, an individual; MANAL ANIS, an individual; ROMEL ESTRELLA, an individual; JEANETTE ESTRELLA, an individual; JOSHUA ESTRELLA, an individual; JONATHAN KIM, an individual; JENNIE KIM, an individual; STEVEN KIM, an individual; BRANDON KIM, an individual; BRIAN MOBASSER, an individual; SAM ALAVI, an individual; MAHSA ALAVI, an individual; ARIAAN ALAVI, an individual; ATHINA ALAVI, an individual; RUTING JIA, an individual; CHENGWEI LEI, an individual; YAXUAN WANG, an individual; YUSHAN JIA, an individual; XIANWEN CHENG, an individual; JINGHUA LEI, an individual; BUM JOON KIM, an individual; DO YOUNG KIM, an individual; MARY KIM, an individual; JOSEPHINE KIM, an individual; CHRISTOPHER KIM, an individual; CALEB WILLIS, an individual; LYNETTE WILLIS, an individual; ELIAS WILLIS, an individual; AMENEH BALOUCH, an individual; AMlR BALOUCH, an individual; KWESHI JAMES, an individual; COURTNEY JAMES, an individual; JAMES DESATOFF, an individual; RICARDO JAIMES, an individual· LIZA ASMARIAN, an individual; HRAJ ASMARIAN, an individual; PARDY ASMARIAN, an individual; JOHN ASMARIAN, an individual; JOSEPHINE ASMARIAN, an individual; SUNG LEE, an individual; JU KIM, an individual; THOMAS NYBERG, an individual; LISA NYBERG, an individual; KYLA NYBERG, an individual; LILYANNA NYBERG, an individual; JASON LAWS, an individual; LAURELL LAWS, an individual; MIRANDA LAWS, an individual; JESUS D. MARTINEZ, an individual; JACQUELINE ALVARADO, an individual; NATHEN NYBERG, an individual; BRITTNEY SADRALODABAI, an individual; STEPHEN KIMBALL, an individual; BILLIE J SCHLAU, an individual; ADNAN IMTIAZ, an individual; DANIA ADNAN, an individual; MAHNOOR ADNAN, an individual; KAASHIR ADNAN, an individual; CEMILE ADNAN, an individual; TAE HOON KIM, an individual; HA NA LEE, an individual; LARA KUKJELIAN, an individual; SANDEEP MISHRA, an individual; JYOTI TRIPATHI, an individual; SHINHYUN MIN, an individual; HYUN SUK LEE, an individual; JOHN VANCE, an individual; DACIA VANCE, an individual; MALCOLM BLUE, an individual; KARINE KHACHATRYAN, an individual; EDWARD KHACHATRYAN, an individual; OVASANNA KHATATRYAN, an individual; LORENZO MILES GEPIGA, an individual; ANGELA GEPIGA, an individual; ISSANDRA YAP, an individual; OSCAR GEPIGA, an individual; IRMA ERICKSON, an individual; MICHAEL ERICKSON, an individual; LEAH ERICKSON, an individual; SAMUEL LOW, an individual; BRIGITTE RIVERA, an individual; JAVIER RIVERA, an individual; RYAN MCKILLOP, an individual; JEN MCKILLOP, an individual; SEOK JOO KIM, an individual; HEESEUNG KIM, an individual; CESAR A. HUEZO SR, an individual; CESAR A. HUEZO JR., an individual; TOBIAS S. HUEZO, an individual; CHIMAOBI OSUJI, an individual; STEPHANIE OSUJI, an individual; RITA OKPULOR, an individual; BAYRTA PROSVIROVA, an individual; DMITRY PROSVIROV, an individual; TSAGAN BADMAEVA, an individual; ASHLEY ABAL, an individual; AARON GREEN, an individual; JOYCE CAILLES, an individual; DENNIS CAILLES, an individual; ANH CAILLES, an individual; DEON CAILLES, an individual; CYNTHIA WALTERS, an individual; THOMAS ADAM BARNETT, an individual; KASEN BUTLER, an individual; JOSEPH LANNALO, an individual; SOPHIA STOLBA, an individual; GREGORY US, an individual;

CARLA US, an individual; TY CASELLA, an individual; JESSICA ACEVEOD, an individual; CRISTOPHER BRYAN SANDOVAL, an individual; OLGA JEANNETTE SANDOVAL, an individual; TARA AMARO, an individual; DEMETRIA LADALFKI, an individual; LORI WITT, an individual; ROBERT ELLIS, an individual; JD DALTON, an individual; JESSE PAREDES, an individual; NORA PAREDES, an individual; KAYLA PAREDES, an individual; CHRISTIAN EMMANUEL VASQUEZ, an individual; EVELYN ANAIS HERNANDEZ, an individual; ADDY F. SALCIDO, an individual; JORGE A. SALCIDO, an individual; JAMES PARK, an individual; JUNGMEE PARK, an individual; JAIME SIMLE, an individual; JONATHAN SIMLE, an individual; EDA SINANIAN, an individual; GARNIK PATRIKYAN, an individual; ZABELLA PAPAZYAN, an individual; PAULA PARISI, an individual; MICHAEL PARISI, an individual; ROBERT ALEXANDER, an individual; AMY ALEXANDER, an individual; KENDRA MATTHEWS, an individual; AARON MATTHEWS, an individual; ADEL SHAMOO, an individual; ANDREW SHAMOO, an individual; MARLYN SHAMOO, an individual; ALEJANDRA TADEO, an individual; ORLANDO TADEO, an individual; ALVIN ADAMS, an individual; CRYSRAL NORRIS, an individual; BLAKE ADAMS, an individual; EGIDIO J DELLARIPA, an individual; LUIGINO DELLARIPA, an individual; DARIU DUMTTRU, an individual· ALICE DUMITRU, an individual; BRYANT SHAO, an individual; SHANSHAN WU, an individual; JINLEI SHAO, an individual; DANIEL SHAO, an individual; DANIEL R. MARTINEZ, an individual; OFELIA MARTINEZ, an individual; DANNY A MARTINEZ, an individual; ISAIAH D. MARTINEZ, an individual; MARLYN SHAMOO, an individual; ADEL SHAMOO, an individual; ANDREW SHAMOO, an individual; SUSAN LYTE, an individual; DIANA CHRISTINE LYTE, an individual; THOMAS JAY ORMES JR., an individual; ANDRE PRISCILLA ORMES, an individual; RYKER EUGENE ORMES, an individual; SERGIO LAZZARA, an individual; SONJA LAZZARA, an individual; ANABELLA LAZZARA, an individual; VICKI MANZANARES, an individual; KATHERINE BERKLEY-GARCIA, an individual; DESIREE GARCIA, an individual; DANIEL JAE NOH, an individual; JINNY H NOH, an individual; JAY BALGEMINO, an individual; MARIPAZ BALGEMINO, an individual; ETHAN BALGEMINO, an individual; DANIEL CHANG, an individual; LAURA YOON, an individual; CONNOR CHANG, an individual; MARY DOBSON, an individual; ANTHONY MONTON, an individual; MICHAEL COHN, an individual; HEATHER MARTINEZ, an individual; ROBERT MARTINEZ, an individual; ANTHONY AZIZ, an individual; LANIER SOUKI, an individual; BROOKE BAMBRICK, an individual; MICHAEL PAOLONE, an individual; PATRICIA PAOLONE, an individual; GEORGE ROSENBERG, an individual; KRISTEN ROSENBERG, an individual; DANIEL ROSENBERG, an individual; AUBREY WAYNE THOMAS, an individual; CHARLENE THOMAS, an individual; JOHN MCMAHON, an individual; LIDA MCMAHON, an individual; DARREN EMINIAN, an individual; JANET EMINIAN, an individual; TEVON EMINIAN, an individual; TANISHA CALVILLO, an individual; JAN 'ERIK SWARTZ, an individual· BRAIDEN SWARTZ an individual; BLAKE SW ARTZ, an individual; PANKAJ SACHDEVA, an individual; SANGEETA SACHDEVA, an individual; WILDER O. MENDEZ, an individual; LIZETTE L. MENDEZ, an individual; YOSLINE D. MENDEZ, an individual; ANGIE HERRERA, an individual; JOSE HERRERA, an individual; JOANNA MEZA, an individual; DESIREE HERRERA, an individual; EMILY HERRERA, an individual; JAZLYNN HERRERA, an individual; ISRAEL THOMAS MEZA, an individual; JAMES MCBRIDE, an individual; HAYLEE MCBRIDE, an individual; JOSEPH GHAZAR, an individual; THEREZ GHAZAR, an individual; RITA GHAZAR, an individual; STEVEN PRIEST, an individual; KETAKI PRIEST, an individual; JARED GOLDBERG, an individual; ARYN GOLDBERG, an individual; DIEGO IUDICA, an individual; REGINA IUDICA, an individual; DEREK IUDICA, an individual; ALEC IUDICA, an individual; DELESIA HILL, an individual; DARNELL FRAZIER SR., an individual; SHAYLA WALKER, an individual; RANDY WALKER, an individual; SANDRA ALLEN, an individual; DARRYL DOLBERRY, an individual; DAIJA DOLBERRY, an individual; ADHANOM MENGSTU, an individual; JORDAN BURTON, an individual; MICHAEL TERTERYAN, an individual; EMMA TERTERYAN, an individual; CHARLES GONZALEZ, an individual; MARITZA SILVA, an individual; ALANNA POLCYN, an individual; LAURA POLCYN, an individual; TINA VARNER, an individual; SILVA KATCHIKIAN, an individual; VAHAN KATCHIKIAN, an individual; NATACHA PIERRE MATAR, an individual; MICHELLE FUNK, an individual; HECTOR ALEXIS CHIMAL DOMINGUEZ, an individual; WENDY RAQUEL DOMINGUEZ CHIMAL, an individual; MARIE CLARE ALONTE, an individual; GREGGY ROMAN ALONTE, an individual.

**1. (c) Plaintiffs' Attorneys**

Nareg S. Kitsinian, Esq. (SBN 236732)
info@kitsinianlaw.com.com
KITSINIAN LAW FIRM, APC
16501 Ventura Blvd, Suite 506

Encino, California 91436
P: (818) 786-5777
F: (818) 786-5778

**1. (c) Defendants' Attorneys**

Gary J. Smith (SBN 141393)
gsmith@bdlaw.com
Jacob P. Duginski (SBN 316091)
jduginski@bdlaw.com
BEVERIDGE & DIAMOND P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 262-4000

Kaitlyn D. Shannon (SBN 296735)
kshannon@bdlaw.com
BEVERIDGE & DIAMOND, P.C
1900 N Street, N.W., Suite 100
Washington, DC 20036-1661
Telephone: (202) 789-6040

Paul S. Chan (SBN 183406)
pchan@birdmarella.com
Ariel A. Neuman (SBN 241594)
aneuman@birdmarella.com
Fanxi Wang (SBN 287584)
fwang@birdmarella.com
Shoshana E. Bannett (SBN 241977)
sbannett@birdmarella.com
Alec M. Cronin (SBN 333774)
acronin@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100